761 A.2d 89

IN THE MATTER OF L. GILBERT FARR,
AN ATTORNEY AT LAW.

November 3, 2000.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *R.* 1:20–3(g) and *R.* 1:20–11, recommending that **L. GILBERT FARR, a/k/a LINUS G. FARR, of MANAHAWKIN,** be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **L. GILBERT FARR, a/k/a LINUS G. FARR,** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by respondent, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **L. GILBERT FARR, a/k/a LINUS G. FARR,** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.